AFFIDAVIT OF MATTHEW GILMORE IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Gilmore, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent employed by the United States Fish and Wildlife Service ("FWS" or the "Service"), Office of Law Enforcement, in Chelsea, Massachusetts and an "investigative or law enforcement officer" of the United States authorized to investigate violations of laws of the United States and execute warrants issued under the authority of the United States. I have been employed by the FWS as a Special Agent for three years. Prior to my employment as a Special Agent with the FWS, I served as a Special Agent for the U.S. Department of Commerce, National Marine Fisheries Service for approximately eight years and I began my federal law enforcement career in 2002 as a Special Agent for the former U.S. Customs Service (now Homeland Security Investigations). I have received specialized training and possess experience in the enforcement of federal laws, including the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, et seq. and the Lacey Act, 16 U.S.C. § 3371, et seq. and 18 U.S.C. §§ 545 and 554 (Smuggling). I have participated in numerous federal investigations, either as a case agent or in various support roles, including investigations involving the unlawful purchase, smuggling, transport, possession, and sale of wildlife.

2. I submit this affidavit in support of an application for a criminal complaint and arrest warrant charging Nathan Daniel BOSS, age 27, with fraudulently and knowingly receiving, concealing, buying, and in any manner, facilitating the transportation, concealment, and sale of prohibited wildlife species after importation, knowing the same to have been imported and brought into the United States contrary to law, in violation of 18 U.S.C. § 545.

3. The facts set forth in this affidavit are based on my personal knowledge and observations made during the course of this investigation, information conveyed to me by other

law enforcement officials, and my personal review of records, documents, and other physical evidence obtained during this investigation. This affidavit contains that information necessary to establish probable cause for the issuance of the requested complaint and does not include every fact and matter learned during the course of this investigation.

**The Statutory Scheme for Wildlife Importation and Exportation**

A.  Salamanders Species

4. The fungus *Batrachochytrium salamandrivorans*, also known as Bsal or salamander chytrid, is carried on the skin of various salamander species. Bsal has caused major die-offs of salamanders in Europe and Asia and poses an imminent threat to U.S. native salamander populations. The fungus is not yet known to be found in the United States. To help prevent the deadly fungus from being introduced to the U.S. and killing native salamanders, and pursuant to the authority provided under 16 U.S.C. §§ 3371-3378 (the "Lacey Act") and 18 U.S.C. § 42, FWS published an interim rule identifying 201 salamander species as injurious wildlife, and prohibiting the importation and shipment between the continental United States, the District of Columbia, Hawaii, the Commonwealth of Puerto Rico, or any possession of the United States of those listed species. See 50 C.F.R. § 16.14. That interim rule that took effect on January 28, 2016 and presently remains in effect.

5. Specifically as related to this investigation, the Oriental fire-belly or fire-bellied newt, (*Cynops orientalis*) is one of the prohibited salamander species identified in the interim rule. 50 C.F.R. § 16.14(a)(7).

B.  Turtle Species

6. The Convention for International Trade in Endangered Species and Wild Fauna and (hereinafter "CITES") is an international agreement between approximately 183 countries, including the United States, which governs the trade of wildlife and plant life. In the United

States, procedures and restrictions pursuant to CITES regulations are implemented through the Endangered Species Act found at 16 U.S.C. § 1538(c). The Secretary of the Interior is the designated the Management Authority for purposes of CITES, and the Secretary's enforcement authority is carried out through the FWS. See 16 U.S.C. 1537a(a). Under CITES, wildlife is listed in Appendices I, II or III, depending on the level of protection needed to conserve the species.

7. Specifically, as related to this investigation, the black-breasted leaf turtle, i.e. *Geoemyda spengleri*, (hereinafter the "leaf turtle") is an Appendix II listed species. The leaf turtle is also commonly referred to as the Vietnamese leaf turtle and its native habitat includes China, Vietnam, and Laos.[1] According to CITES, Appendix II species are not necessarily threatened with extinction but trade is controlled in order to avoid commercialization that is incompatible with survival of the species. All Appendix II species require an export permit issued by the Management Authority of the country of origin. In the case of a live animal, an import permit is necessary if required by law of the importing country. In the United States, commercial wildlife shipments must be sent through a designated port. The shipments must be declared and FWS must give clearance for the shipments.

8. Additionally, under the Lacey Act, any package destined for importation, exportation, or transportation in interstate commerce must be plainly marked, labeled, or tagged in accordance with FWS regulations. See 16 U.S.C. § 3372(b). The regulations, found at 50 C.F.R. § 14.81, require the package to be marked with the name and address of the shipper and consignee and to contain an accurate and legible list of its contents by the species scientific name and the number of each species for the entire shipment.

---

[1] China, Vietnam and Laos are all contracting parties to CITES.

9. Additionally, under Massachusetts state law, M.G.L. c. 131, § 23, and regulations promulgated at 321 CMR 9.01, species listed in the Red Book(s) of the International Union for the Conservation of Nature ("IUCN") as endangered are non-exempt, meaning that the animal may not be imported, possessed, maintained, propagated, bought, sold, exchanged, or offered for sale or exchange except by a person holding a current and valid license or permit.[2] Leaf turtles are currently listed in the IUCN as endangered. See *https://www.iucnredlist.org*.

10. Pursuant to 18 U.S.C. § 545, it is unlawful for any person to fraudulently or knowingly import or bring into the United States, any merchandise contrary to law, or receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise, after importation, knowing the same to have been imported or brought into the United States contrary to law. Notably, 18 U.S.C. § 545 further provides that "[p]roof of defendant's possession of such goods, unless explained to the satisfaction of the jury, shall be deemed evidence sufficient to authorize conviction for violation of this section."

11. Pursuant to 16 U.S.C. § 3372(a)(1), also known as the Lacey Act, "[i]t is unlawful for any person to import, export, transport, sell, receive, acquire, or purchase any fish or wildlife …possessed, transported or sold in violation of any law, treaty, or regulation of the United States….".

12. Pursuant to 16 U.S.C. § 3372(a)(2)(A), "[i]t is unlawful for any person to import, export, transport, sell, receive, acquire or purchase in interstate or foreign commerce (A) any fish or wildlife taken, possess, transported, or sold in violation of any law or regulation of any State or in violation of any foreign law."

---

[2] According to the records of the Massachusetts Department of Fisheries and Wildlife, BOSS does not hold the required permit.

13. 16 U.S.C. § 3372(d) also makes it unlawful for any person "to make or submit any false record, account, or label for, or any false identification of, any fish, wildlife, or plant which has been, or is intended to be (1) imported, exported, transported, sold, purchase, or received from any foreign county or (2) transported in interstate or foreign commerce."

14. Based on my training and experience, I know that turtle smuggling and wildlife trafficking is a lucrative criminal activity with significant international dimensions. China and Hong Kong are both significant markets for wildlife unlawfully smuggled out of the United States, and significant sources for wildlife unlawfully smuggled into the United States.

**Facts Establishing Probable Cause**

A.   Evidence of BOSS's prior wildlife smuggling activities

15. BOSS is a U.S. citizen who resides in Worcester, Massachusetts. Through the course of this investigation, I have learned that BOSS has engaged in smuggling activity involving the unlawful import and export of live wildlife, including the leaf turtle, Eastern box turtles, and a multitude of amphibian species, specifically, salamanders and newts, including the Oriental fire-bellied salamander.

16. On November 1, 2017, FWS Wildlife Inspectors ("WI") Sharon Gary and Colleen Scully received a package from U.S. Customs and Border Protection ("CBP") conducting inspections at John F. Kennedy ("JFK") International Airport. CBP officers had noticed what appeared to be reptiles while examining x-ray images of the contents of the package. The package was inbound to the United States from Hong Kong, and was addressed to "Robert Boss, 600 Barre Road, Oakham, Massachusetts 01068." The name of the foreign sender was not identified but the box listed a sender address of "Rm. 25, 2/f, blk b, focal industrial centre, 21 man lok thunkhom, Kowloon, Hong Kong." The customs declaration on the package indicated a product description as "Porcelain pallet." WI Gary assumed custody of the package and

5

transported it to the FWS office in Valley Stream, New York for further examination.[3] When inspectors opened the box, they found approximately 24 newts – later identified as *Pachitrion spp.*, (a salamander species found in China) – within six clear plastic containers with breathing holes in them. Each container housed approximately four newts, packed in moss. Only two of the newts were alive.

17. On November 15, 2017, WI Gary and FWS Special Agent Thomas Loring physically inspected an outbound U.S. Postal Service box at the CBP bonded area at JFK International Airport. The mailing label on the box listed the sender as "Robert Brunell, 16 Mildred Ave, Worcester, MA 01603-1126, telephone \*\*\*-\*\*\*-6758." The addressee on the mailing label was "Shao Zhuochao, Unit B-1 F, Tak Wing IND, BLDG 3 Tsun Wen Rd, Tuen Mun, Hong Kong." The contents of the box were declared as "hand carved figurines" with a value of $50 USD. In the box, the officers observed three white tubs with lids and two clear tubs with lids. Inside each of the white tubs was one white sock. Inside each of the white socks was one live Eastern Box turtle. Inside one of the clear tubs, officers found eleven orange lizards appearing to be Eastern Newts. Inside the second clear tub, officers found eleven black lizards with blue spots and two black lizards with yellow spots. The package was documented with photographs and allowed to continue in the mail stream to Hong Kong so as to not alert the shippers as to the covert inspection.

---

[3] Pursuant to 16 U.S.C § 3375(b), FWS Wildlife Inspectors and Special agents are authorized to "detain for inspection and inspect any vessel, vehicle, aircraft, or other conveyance or any package, crate, or other container, including its contents, upon the arrival of such conveyance or container in the United States or the customs waters of the United States from any point outside the United States or such customs waters, or, if such conveyance or container is being used for exportation purposes, prior to departure from the United States or the customs waters of the United States. Such person may also inspect and demand the production of any documents and permits required by the country of natal origin, birth, or reexport of the fish or wildlife."

18. On November 20, 2017, your affiant conducted open source records checks on the names and addresses used in both the November 1, 2017 inbound and November 15, 2017 outbound smuggled shipments.

19. A check of the 600 Barre Road, Oakham, MA address in online assessor databases listed the property owner as Theresa Boss, age 44. The name "Robert Boss" (i.e. the named recipient for the November 1, 2017 shipment), did not appear associated with 600 Barre Road in any of the database checks.

20. A check of the 16 Mildred Ave, Worcester, Massachusetts address (i.e. the listed sender for the November 15, 2017 shipment) showed the property owners as Donald Miller and Dean Miller. However, records maintained by the Worcester County Registry of Deeds revealed that 14 Mildred Avenue, the adjacent property, is owned by Ernest Boss, age 76. Database checks indicate that Ernest Boss is related to Theresa Boss. Additionally, records maintained by the Massachusetts Registry of Motor Vehicles indicate that Nathan BOSS provided 14 Mildred Avenue, Worcester, Massachusetts as his home address.

21. The phone number that was listed as a contact number for the November 15, 2017 package that contained the smuggled turtles and amphibians was \*\*\*-\*\*\*-6758. When that number was run in a simple Google search engine it returned results related to a phone line in Worcester, Massachusetts. The third and fourth entry on the search return showed a link to a Facebook page for "Nates Newts." The contact information on the "Nates Newts" Facebook page listed 600 Barre Road, Oakham, MA as the address and \*\*\*-\*\*\*-6758 as the contact phone number.

22. On December 14, 2017, FWS Special Agent Daniel McNamara and I attempted to deliver a Notice of Seizure and Proposed Forfeiture letter, as required under the Civil Asset Forfeiture Reform Act (CAFRA), to the listed recipient of the package seized on November 1,

2017 – Robert Boss at 600 Barre Road, Oakham, MA. The notice letter detailed the seizure of twenty-four newts on November 1, 2017, and explained the rights under CAFRA to Robert Boss. At approximately 4:30 p.m., Agent McNamara and I approached the residence and noticed a male in the kitchen. The male opened the door to the residence and identified himself as Nathan BOSS. When I informed BOSS that I was from FWS and there to serve the notice letter to Robert Boss, Nathan BOSS stated that Robert was his uncle. BOSS further stated that Robert worked late and would not be available; BOSS was unable to provide a contact number for Robert. I explained the CAFRA process to BOSS and that wildlife imports/exports need to be permitted and declared to the FWS. BOSS subsequently declined to sign an Abandonment Form as he stated the shipment was for his uncle. BOSS asked for my phone number to relay to his uncle. As I asked to step inside the door way to write the phone number down on the notice letter, I observed BOSS walk to the kitchen and remove an opened USPS box from the counter and throw it to the side, out of sight. Agents left the home after providing BOSS with contact information. No individual identifying himself as Robert Boss has ever contacted me.

B.   <u>Evidence of BOSS's Recent Smuggling of Prohibited Salamanders into the United States</u>

23.   On August 1, 2019, I was contacted by CBP Officer Kevin Mahoney and notified that an international DHL package being imported from Hong Kong was seized at the Westboro, MA DHL facility. Officer Mahoney inspected the package and found it to contain live newts. The package was manifested as "pet feeder" and was shipped from "Andrew MILLER, Room A 2/F, BLK 2, Provident Center, NP, China." The listed recipient was "Nathan Boss, 14 Mildred Ave, Worcester, United States." That is the same address as that listed in RMV records for BOSS.

24. The phone number for Nathan BOSS was listed as \*\*\*-\*\*\*-4199. That number was run through an open source phone number database called ZetX and showed a Verizon wireless number assigned to Ernest Boss, the owner of record of 14 Mildred Avenue.

25. I provided photographs of the newts from the August 1, 2019 seizure to Massachusetts state biologist Jake Kubel who determined the newts to be Oriental fire-belly newts (*Cynops orientalis*), an injurious species prohibited for import by the FWS under Lacey Act and 50 C.F.R. § 16.14. The newts were euthanized and stored as evidence in a FWS freezer.

C.   The September 20, 2019 Smuggling of Leaf Turtles into the United States

26. On September 19, 2019, FWS WI Stephen Finn, while inspecting inbound U.S. Postal Service parcels at JFK International Airport, observed x-ray images consistent with multiple turtles in a parcel bearing USPS tracking number EG 000192376HK. The recipient was listed as "Shelton Boss, 16 Mildred Avenue, Worcester MA 01603" with no phone number. The sender was listed as "Ethan Yu, Tak Wing Bldg. 3 Wen Road, Tuen Mun, Hong Kong." The shipment was identified as three "model trucks" with a value of $100 HKD.

27. The package was subsequently opened and found to contain four live turtles and several plastic toy trucks. Each of the turtles was in a black sock that was secured with a knot and bound with 2 inch wide package tape. See Attachment A. Investigators photographed the contents of the package, and then repackaged the parcel and returned it to the mail stream. Inspection of the images taken of the four turtles indicated that the turtles were definitively identified by Massachusetts Division of Fisheries and Wildlife biologist Michael Jones as *Geoemyda spengleri* or leaf turtles, an Appendix II listed species.

28. On September 20, 2019, a U.S. Postal Service delivery driver placed a delivery notice at 16 Mildred Avenue, in Worcester. The notice advised that a package for "Shelton Boss" could be retrieved at the post office location at 4 E. Central, Worcester, Massachusetts.

Shortly after posting the notice, BOSS stopped a different U.S. Postal driver on Stafford Street in Worcester. BOSS asked why the package was not delivered to 16 Mildred Avenue. The postal delivery driver explained that he was aware that the Boss residence was actually 14 Mildred Avenue and indicated that might be the reason the package was not delivered to 16 Mildred Avenue.

29. On September 20, 2019, at approximately 11:00 a.m., BOSS arrived at the 4 E. Central postal facility to retrieve the package containing the leaf turtles. Surveillance video from the post office depicted BOSS enter the post office and approach the service counter. BOSS handed the delivery notice to the service associate. When the associate returned with the box, he asked BOSS for identification. BOSS produced an identification in the name of Nathan BOSS with an address of 14 Mildred Avenue, Worcester, MA. When asked about the name "Shelton," BOSS replied that it was an alias he uses. BOSS signed the postal terminal screen accepting the package and left the post office with the package containing the leaf turtles.

## Conclusion

30. Based upon the foregoing, there is probable cause to believe that, on or about September 20, 2019, Nathan Daniel BOSS did fraudulently and knowingly receive, conceal, buy, or in any manner, facilitate the transportation, concealment, and sale of prohibited wildlife species after importation, knowing the same to have been imported and brought into the United States contrary to law, in violation of 18 U.S.C. § 545.

WHEREFORE, your affiant respectfully request that the Court issue the requested criminal complaint and arrest warrant.

_____
MATTHEW GILMORE
Special Agent, U.S. Fish and Wildlife Service

Subscribed to and sworn before me on this  18th  day of October 2019.

_____
DAVID H. HENNESSY
Chief United States Magistrate Judge

## ATTACHMENT A

